IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CHRISTOPHER ANDREW WEST,

    Petitioner,

v.                                                               No. 1:21-cv-01006-JDB-jay
                                                                    Re:  1:18-cr-10079-JDB-1

UNITED STATES OF AMERICA,

    Respondent.

ORDER GRANTING PETITIONER'S REQUEST FOR
EXTENSION OF TIME
AND
DIRECTING CLERK TO SEND FORM AND MODIFY
DOCKET

On January 12, 2021, Petitioner, Christopher Andrew West, filed a motion in his criminal case seeking an extension of time to file a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  (*See United States v. West*, No. 1:18-cr-10079-JDB-1, Docket Entry ("D.E.") 58 (W.D. Tenn.).)[1]  The Court construed the motion as a § 2255 petition and directed the Clerk to open a new case.  (*Id.*, D.E. 59.)  The Clerk docketed the petition as the case-initiating pleading in the present matter.  (D.E. 1.)  On January 19, 2021, West filed his claims on the Court's form (the "Amended Petition") and requested in that document that he be allowed additional time to amend the pleading.  (D.E. 4.)  Respondent, the United States of America, has yet to file a response to the Amended Petition.

The request for an extension is hereby GRANTED.  Petitioner shall have twenty-eight days from the entry of this order to file a second amended petition.  The Clerk is DIRECTED to send the inmate an amended § 2255 petition form and to terminate the motion at D.E. 4.

---

[1] Record citations are to documents filed in the present case unless otherwise noted.

IT IS SO ORDERED this 8th day of April 2021.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE
