IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CHRISTOPHER ANDREW WEST,

    Petitioner,

v.                                                                                                                                         No. 1:21-cv-01006-JDB-jay
                                                                                                                                         Re: 1:18-cr-10079-JDB-1

UNITED STATES OF AMERICA,

    Respondent.

ORDER DIRECTING CLERK TO ENTER JUDGMENT AND CLOSE CASE

By order dated October 11, 2022, the Court granted the amended 28 U.S.C. § 2255 petition in this case. (Docket Entry ("D.E.") 18.) The Court held therein that the Petitioner, Christopher Andrew West, was entitled to resentencing as he no longer qualified for an enhanced sentence under the Armed Career Criminal Act, 18 U.S.C. § 924(e). Resentencing has been set for February 2, 2023. (*United States v. West*, No. 1:18-cr-10079-1 (W.D. Tenn.), D.E. 64.) The Clerk is therefore DIRECTED to ENTER JUDGMENT for Petitioner and CLOSE this case.

IT IS SO ORDERED this 12th day of October 2022.

                                                              s/ J. DANIEL BREEN
                                                              UNITED STATES DISTRICT JUDGE